468 A.2d 828

Tonetti, Appellant v. Tonetti.

Argued April 7, 1983. John J. Keller, appellant; Anthony M. Muir, for appellee. .

Before SPAETH, WIEAND and HOFFMAN, JJ.

Affirmed.